UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/23/2020__

GUY A. GOLDMAN,

                Plaintiff,

-against-

REZI; YDC, INC.; SEAN MITCHELL,

                Defendants.

19-CV-11407 (AT)

ORDER OF SERVICE

ANALISA TORRES, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants REZI, YDC, Inc., and Sean Mitchell. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*, together with an information package.

SO ORDERED.

Dated:    January 23, 2020
           New York, New York

_____
ANALISA TORRES
United States District Judge